**Dismissed and Opinion Filed April 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00704-CV**

**CTMGT FRISCO 113, LLC, Appellant**
**V.**
**ONCOR ELECTRIC DELIVERY COMPANY, LLC AND**
**ROCK HILL ENTERPRISES, LTD., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01359-2014**

# MEMORANDUM OPINION

Before Justices Brown, Stoddart, and Whitehill
Opinion by Justice Whitehill

Appellant has filed an unopposed motion to dismiss its appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140704F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CTMGT FRISCO 113, LLC, Appellant

No. 05-14-00704-CV      V.

ONCOR ELECTRIC DELIVERY
COMPANY, LLC AND ROCK HILL
ENTERPRISES, LTD., Appellees

On Appeal from the 199th District Court,
Collin County, Texas
Trial Court Cause No. 199-01359-2014.
Opinion delivered by Justice Whitehill.
Justices Brown and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered April 24, 2015.